UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. LIBERTY, | Case No.  22-cv-03990-SK |
| Plaintiff, | |
| v. | **ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND TIME** |
| WILLIAM ROBERT SUTTON, et al., | |
| Defendants. | Regarding Docket No. 31 |

Having reviewed the Plaintiff's administrative motion, and finding good cause therein, the Court hereby GRANTS Plaintiff seven additional days to file his response to Defendants 12(b) Motion.  Plaintiff is directed to follow Local Rule 7.11 when filing future motions for administrative relief and allow for at least four days for opposing party to respond.

Plaintiff shall file his response to Defendants' Rule 12(b) Motion no later than Monday October 31, 2022, and Defendants shall also file their reply by November 7, 2022.  The motion hearing will be held on November 21, 2022.

**IT IS SO ORDERED**.

Dated: October 25, 2022

_____
SALLIE KIM
United States Magistrate Judge