**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LOUIS A. LIBERTY**, <br><br> Plaintiff, <br><br> v. <br><br> **NATIONAL AUTOMOBILE SAFETY COUNCIL, INC.**, <br><br> Defendant. | Case No.: 4:22-cv-03990-YGR <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL OF ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** <br><br> **DKT. NO. 55** |

The Court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation (Dkt. No. 55, Referral for Reassignment and Report and Recommendation to Dismiss Without Prejudice (the "Report")) recommending this Court dismiss the instant action without prejudice, to which no party filed an objection.

The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, and for the reasons set forth in the Report, the action herein is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

This Order terminates the case.

**IT IS SO ORDERED.**

Date:  May 3, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**