UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS A. LIBERTY**, <br><br> Plaintiff, <br><br> v. <br><br> **CARBACK.COM, INC.**, f/k/a National Automobile Safety Council, Inc., <br><br> Defendant. | Case No. 4:22-cv-03990-YGR <br><br> **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** <br><br> Re: Dkt. No. 58 |

The Court is in receipt of defendant CarBack.com, Inc. f/k/a National Automobile Safety Council, Inc.'s ("CarBack") motion for award of attorney's fees as sanction against plaintiff Louis A. Liberty for allegedly prosecuting this matter in bad faith. (Dkt. No. 58.) Plaintiff's deadline for opposing defendant's motion was May 31, 2023. As of the issuance of this order, plaintiff has not filed a response.

Since plaintiff is over two weeks delinquent in responding to defendant's motion, the Court **ORDERS** plaintiff to file a response by no later than **June 30, 2023.** Assuming plaintiff complies, defendant's reply shall be due on **July 7, 2023**.

Plaintiff is admonished that his repeated failures to adhere to this Court's filing deadlines have resulted in the waste of limited judicial resources and represent a dereliction of his professional obligations to the Court as a member of the California Bar. To that end, plaintiff is put on notice that this Court will treat failure to timely respond to this Order as a waiver of objection to defendant's motion.

In light of the deadlines set forth above, the Court **VACATES** the hearing on defendant's motion currently scheduled for **June 27, 2020**. The hearing will be reset by the Court in a separate order, if necessary.

**IT IS SO ORDERED.**

Dated: June 23, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE